**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-01078-PHX-JAT |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Jason Ray Lane, | |
| Defendant. | |

On October 10, 2014, defendant Jason Ray Lane appeared before this Court for a Pretrial Release Revocation Hearing on the Petition for Action on Conditions of Pretrial Release (Doc. 17). The parties stipulated on the record that the defendant violated his conditions of pretrial release as set forth in the Petition. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and there is no condition or combination of conditions available to the Court that will reasonably assure that the defendant will not pose a danger to the safety of any other person or the community. 18 U.S.C.§ 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

Dated this 10th day of October, 2014.

_____
JOHN A. BUTTRICK
United States Magistrate Judge